IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDDIE JAMES MURPHY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4935

Opinion filed December 3, 2014.

An appeal from an order of the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

Eddie James Murphy, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      Upon consideration of appellant's response to the Court's order of October 27, 2014, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, CLARK, and SWANSON, JJ., CONCUR.